WILMERHALE

November 5, 2025

**Timothy Perla**

+1 617 526 6696 (t)
+1 617 526 5000 (f)
timothy.perla@wilmerhale.com

**VIA ECF**

Hon. Arun Subramanian
U.S. District Court for the Southern District of New York
United States Courthouse, Courtroom 15A
500 Pearl Street
New York, NY 10007

Re:  *Marty v. WPP PLC et al.*, Case No. 1:25-cv-08365-AS

Dear Judge Subramanian,

We write on behalf of our respective clients in the above-referenced action: Plaintiff Jack Marty ("Plaintiff") and Defendants WPP plc, Mark Read, Joanne Wilson, and Brian D. Lesser ("Defendants," and together with Plaintiff, the "Parties").

Plaintiff filed a putative class action complaint for alleged violations of the federal securities laws on October 9, 2025.  Dkt. No. 1 ("Complaint").  The Complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5.

The undersigned counsel for Defendants is authorized and has agreed to waive service of the Complaint.  Dkt. Nos. 6-9.  The current deadline for Defendants to respond to the Complaint is December 29, 2025. *Id.*; Fed. R. Civ. P. 12(a)(1)(A)(ii).

Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), a lead plaintiff and lead counsel will be appointed to pursue the alleged class claims.  Putative class members are entitled to file motions seeking appointment as lead plaintiff within sixty (60) days of Plaintiff publishing notice of the pendency of the action.  *See* 15 U.S.C. § 78u-4(a)(3)(A)–(B)(II).  The statutory deadline for putative class members to file lead plaintiff motions is December 8, 2025.

The Parties anticipate that, following the statutory lead plaintiff process, the appointed lead plaintiff(s) ("Lead Plaintiff") and approved lead counsel ("Lead Counsel") will file an amended complaint or designate the initial Complaint as the operative complaint.  The Parties therefore agree that a response from Defendants to the Complaint would invite waste, duplicate efforts, and needlessly expend judicial and party resources.

Subject to the approval of the Court, the Parties therefore stipulate and agree as follows:

1. Defendants' time to respond is extended until after a Lead Plaintiff has been appointed and an operative complaint has been filed or so designated;

2. Defendants shall not be required to answer or otherwise respond to the Complaint;

WILMERHALE

Hon. Arun Subramanian
November 5, 2025
Page 2

3. Within fourteen (14) days following entry of an order pursuant to the PSLRA selecting Lead Plaintiff and appointing Lead Counsel, Defendants and Lead Plaintiff shall confer and submit a proposed schedule; and

4. Except as specifically set forth herein, all rights, claims, and defenses of the parties are fully preserved.

No requests have been made to date by any party for an extension of time to answer, move, or otherwise respond to the Complaint. The Court has scheduled an initial pretrial conference for January 6, 2026, at 2:00 PM, which would not be impacted by the Parties' proposed schedule herein. The Parties do not have any other existing deadlines.

Respectfully submitted,

/s/ Timothy Perla
Timothy Perla
WILMER CUTLER PICKERING HALE
    AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6696
timothy.perla@wilmerhale.com

Christopher Davies
WILMER CUTLER PICKERING HALE
    AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6187
christopher.davies@wilmerhale.com

*Attorneys for Defendants*

/s/ Adam M. Apton
Adam M. Apton
LEVI & KORSINSKY
1101 Vermont Avenue NW, Suite 800
Washington, DC 20005
(202) 524-4859
aapton@zlk.com

*Attorney for Plaintiff*

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 13.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 6, 2025