**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JACK MARTY, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>WPP PLC, MARK READ, JOANNE WILSON, and BRIAN D. LESSER,<br><br>      Defendants. | Case No.: 1:25-cv-08365-AS<br><br>Hon. Arun Subramanian |
| TEAMSTERS LOCAL 456 ANNUITY FUND, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>WPP PLC, MARK READ, JOANNE WILSON, and BRIAN D. LESSER,<br><br>      Defendants. | Case No.: 1:25-cv-09930-UA |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF JACK MARTY'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Jack Marty ("Plaintiff") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Plaintiff's motion for consolidation of the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Plaintiff attesting to his transactions of WPP PLC ("WPP" or the "Company") American Depositary Receipts ("ADRs");

**Exhibit B**:    Loss Chart reflecting the losses incurred by Plaintiff as a result of his transactions in WPP ADRs;

**Exhibit C**:    Press Release published October 9, 2025, on *Globe Newswire,* announcing the pendency of the first-filed securities class action against defendants herein: *Marty v. WPP PLC, et. al.,* Case No. 1:25-cv-08365-AS;

**Exhibit D**:    Declaration signed by Plaintiff in support of his lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: December 8, 2025                                    Respectfully Submitted,

                                                                     **LEVI & KORSINSKY, LLP**

                                                                     By: */s/ Adam M. Apton*
                                                                     Adam M. Apton (AS-8383)
                                                                     33 Whitehall Street, 27th Floor
                                                                     New York, NY 10004
                                                                     Tel: (212) 363-7500
                                                                     Fax: (212) 363-7171
                                                                     Email: aapton@zlk.com

                                                                     *Lead Counsel for Jack Marty and*
                                                                     *[Proposed] Lead Counsel for the Class*