# EXHIBIT B

| Client Name | Jack Marty |
|---|---|
| Company Name | WPP PLC |
| Ticker Symbol | WPP |
| Security Type | |
| Class Period Start | 02-22-2024 |
| Class Period End | 07-08-2025 |
| 90-DAY Lookback Period Start | 07-09-2025 |
| 90-DAY Lookback Period End | 10-06-2025 |
| 90-DAY Lookback Average | $ 26.47 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $32,822.54 |
| DURA LIFO* Total | $32,822.54 |
| Gross Shares Purchased | 2,534 |
| Net Shares Retained | 2,534 |
| Net Funds Expended | $99,890.28 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 06-05-2025 | 2534 | 39.42 | $ 99,890.28 | | | | | | - | 2534 | 2534 | $ 26.47 | $ 67,067.74 | $ 32,822.54 | $ 32,822.54 |
| Total: | 2,534 | | $99,890.28 | | | | | | | 2,534 | 2,534 | | $ 67,067.74 | $ 32,822.54 | $ 32,822.54 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.