# EXHIBIT C



**Source:** *Levi & Korsinsky, LLP*

*October 09, 2025 17:54 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of WPP plc Common Stock and Sets a Lead Plaintiff Deadline of December 8, 2025

NEW YORK, Oct. 09, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired common stock of WPP plc ("WPP" or the "Company") (NYSE: WPP) between February 27, 2025, to July 8, 2025, inclusive. You are hereby notified** that the class action lawsuit *Jack Marty v. WPP plc, et al.* (Case No. 1:25-cv-08365) has been commenced in the United States District Court for the Southern District of New York. To get more information **go to:**

[https://zlk.com/pslra-1/wpp-plc-lawsuit-submission-form](https://zlk.com/pslra-1/wpp-plc-lawsuit-submission-form)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

was not truly equipped to handle the ongoing macroeconomic challenges while competing effectively and had instead begun to lose significant market share to its competitors.

On July 9, 2025, WPP published a trading update for the first half of 2025, alerting investors that the company had allegedly "seen a deterioration in performance as Q2 has progressed." The Company attributed its misfortune to both "continued macro uncertainty weighing on client spend and weaker net new business than originally anticipated," at least in part due to "some distraction to the business" as a result of the continued restructuring of WPP Media a.k.a. GroupM.

Following this news, the price of WPP's common stock declined dramatically. From a closing market price of $35.82 per share on July 8, 2025, WPP's stock price fell to $29.34 per share on July 9, 2025, a decline of about 18.1% in the span of just a single day.

**If you suffered a loss in WPP common stock, you have until December 8, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com