# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JACK MARTY, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>v.<br><br>WPP PLC, MARK READ, JOANNE WILSON, and BRIAN D. LESSER,<br><br>            Defendants. | Case No.: 1:25-cv-08365-AS<br><br>Hon. Arun Subramanian |
| TEAMSTERS LOCAL 456 ANNUITY FUND, on behalf of itself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>WPP PLC, MARK READ, JOANNE WILSON, and BRIAN D. LESSER,<br><br>            Defendants. | Case No.: 1:25-cv-09930-UA |

**DECLARATION OF JACK MARTY IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Jack Marty, pursuant to 28 U.S.C. § 1746, declare as follow:

1.      I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class actions (the "Actions") against WPP PLC ("WPP" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      I reside in Banning, California. I possess a B.A degree in business. I am currently retired, but prior to that I owned a trucking/freight business for thirty years. I have been investing

in securities for approximately twenty years. Further, I have experience hiring and overseeing attorneys for business-related matters.

3.    I am both capable and qualified to serve as the lead plaintiff in the Actions. By virtue of my significant financial interest in the resolution of the Actions, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.    After discussing the responsibilities of serving as the initial plaintiff, I signed a retainer agreement with Levi & Korsinsky, LLP, and reviewed and authorized the firm to file a complaint against WPP.

5.    Prior to seeking appointment as lead plaintiff, I communicated with Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Actions would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and act in the best interests of the Class throughout the litigation.

6.    I understand that I was not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment than remain an absent class member.

7.    Following a review of the duties associated with acting as lead plaintiff, and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I authorized the firm to file a lead plaintiff motion on my behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on my behalf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on:

Date: December 4, 2025

Signed:

Name: Jack Marty