**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JACK MARTY, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>     vs.<br><br>WPP PLC, MARK READ, JOANNE WILSON, and BRIAN D. LESSER,<br><br>                Defendants. | Case No.: 1:25-cv-08365-AS<br><br>Hon. Arun Subramanian<br><br><u>CLASS ACTION</u><br><br>**ORAL ARGUMENT REQUESTED** |
| TEAMSTERS LOCAL 456 ANNUITY FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>     vs.<br><br>WPP PLC, MARK READ, JOANNE WILSON, and BRIAN D. LESSER,<br><br>                Defendants. | Case No.: 1:25-cv-09930-UA<br><br>Unassigned<br><br><u>CLASS ACTION</u><br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF MARCO A. DUEÑAS IN SUPPORT OF THE MOTION OF LOCAL 456 FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, Marco A. Dueñas, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am an attorney with the law firm of Saxena White P.A. ("Saxena White"), counsel for proposed Lead Plaintiff Teamsters Local 456 Annuity Fund ("Local 456 Annuity") and Teamsters Local 456 Pension Fund ("Local 456 Pension," and together with Local 456 Annuity, "Local 456") and proposed Lead Counsel for the Class in the above-captioned action.  I submit this declaration in support of the Motion of Local 456 for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

EXHIBIT A:    Local 456's sworn certifications, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:    A chart reflecting Local 456's transactions and estimated losses;

EXHIBIT C:    Notices of pendency of class action published on *GlobeNewswire* on October 9, 2025 and November 28, 2025; and

EXHIBIT D:    Firm resume of Saxena White P.A.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Executed this 8th day of December 2025, at New York, New York.

*/s/ Marco A. Dueñas*
Marco A. Dueñas

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 8, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel or parties of record.

/s/ Marco A. Dueñas
Marco A. Dueñas