EXHIBIT A

## **CERTIFICATION AND AUTHORIZATION**

I, Brenda Ritch, on behalf of Teamsters Local 456 Annuity Fund ("Local 456 Annuity"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint prepared against WPP plc ("WPP") alleging violations of the federal securities laws and authorized its filing. I am authorized in my capacity as Fund Administrator of Local 456 Annuity to initiate litigation and execute this Certification on behalf of Local 456 Annuity.

2. Local 456 Annuity did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Local 456 Annuity is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Local 456 Annuity's transactions in WPP securities during the Class Period are set forth in the attached Schedule A.

5. Local 456 Annuity has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None.*

6. Local 456 Annuity has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending: *None.*

7. Local 456 Annuity will not accept any payment for serving as a representative party on behalf of the Class beyond Local 456 Annuity's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _21st_ day of November, 2025.

Teamsters Local 456 Annuity Fund

Brenda Ritch, Fund Administrator

## SCHEDULE A
### Teamsters Local 456 Annuity Fund
### Transactions in WPP plc

| American Depositary Receipt Purchases | | |
|---|---|---|
| Date | Shares | Price |
| 04/09/24 | 806 | $47.6374 |
| 04/10/24 | 3,197 | $47.4018 |
| 04/11/24 | 2,892 | $47.8135 |
| 04/12/24 | 941 | $47.6806 |
| 04/19/24 | 7,279 | $48.1833 |
| 09/05/24 | 135 | $49.1850 |
| 09/06/24 | 2,377 | $48.6086 |
| 05/19/25 | 335 | $40.2834 |
| 05/20/25 | 1,998 | $40.7532 |

| American Depositary Receipt Sales | | |
|---|---|---|
| Date | Shares | Price |
| 09/26/24 | 1,541 | $51.5966 |
| 10/29/24 | 474 | $54.2601 |
| 02/03/25 | 694 | $47.2400 |

3

## CERTIFICATION AND AUTHORIZATION

I, Brenda Ritch, on behalf of Teamsters Local 456 Pension Fund ("Local 456 Pension"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed against WPP plc ("WPP") alleging violations of the federal securities laws. I am authorized in my capacity as Fund Administrator of Local 456 Pension to initiate litigation and execute this Certification on behalf of Local 456 Pension. I have authorized the filing of a motion for lead plaintiff appointment in this action or any related actions on behalf of Local 456 Pension.

2. Local 456 Pension did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Local 456 Pension is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Local 456 Pension's transactions in WPP securities during the Class Period are set forth in the attached Schedule A.

5. Local 456 Pension has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None*.

6. Local 456 Pension has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending: *None*.

7. Local 456 Pension will not accept any payment for serving as a representative party on behalf of the Class beyond Local 456 Pension's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __4th__ day of December, 2025.

*Teamsters Local 456 Pension Fund*

Brenda Ritch, Fund Administrator

2

| SCHEDULE A |
| Teamsters Local 456 Pension Fund |
| Transactions in WPP plc |

| American Depositary Receipt Purchases | | | | American Depositary Receipt Sales | | |
| --- | --- | --- | --- | --- | --- | --- |
| Date | Shares | Price | | Date | Shares | Price |
| 04/09/24 | 785 | $47.6374 | | 07/22/24 | 349 | $48.5800 |
| 04/10/24 | 3,111 | $47.4018 | | 09/26/24 | 1,537 | $51.5966 |
| 04/11/24 | 2,815 | $47.8135 | | 12/19/24 | 608 | $52.8868 |
| 04/12/24 | 915 | $47.6806 | | | | |
| 04/19/24 | 6,968 | $48.1833 | | | | |
| 09/05/24 | 131 | $49.1850 | | | | |
| 09/06/24 | 2,318 | $48.6086 | | | | |
| 04/25/25 | 1,357 | $36.9300 | | | | |
| 05/19/25 | 325 | $40.2834 | | | | |
| 05/20/25 | 1,939 | $40.7532 | | | | |

3