EXHIBIT B

**WPP plc - ADRs**
**Teamsters Local 456 Annuity Fund**
Class Period: 02/22/24 to 07/08/25
Lookback Price: $26.4671 (07/09/25 - 10/06/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 04/09/24 | 806 | $47.6374 | $38,395.71 | | | | | |
| Purchase | 04/10/24 | 3,197 | $47.4018 | $151,543.43 | | | | | |
| Purchase | 04/11/24 | 2,892 | $47.8135 | $138,276.64 | | | | | |
| Purchase | 04/12/24 | 941 | $47.6806 | $44,867.42 | Sale | 09/26/24 | 1,541 | $51.5966 | $79,510.43 |
| Purchase | 04/19/24 | 7,279 | $48.1833 | $350,726.36 | Sale | 10/29/24 | 474 | $54.2601 | $25,719.27 |
| Purchase | 09/05/24 | 135 | $49.1850 | $6,639.98 | Sale | 02/03/25 | 694 | $47.2400 | $32,784.56 |
| Purchase | 09/06/24 | 2,377 | $48.6086 | $115,542.72 | Sale* | 07/30/25 | 2,244 | $28.3269 | $63,565.51 |
| Purchase | 05/19/25 | 335 | $40.2834 | $13,494.92 | | | | | |
| Purchase | 05/20/25 | 1,998 | $40.7532 | $81,424.97 | Retained | | 15,007 | $26.4671 | $397,192.41 |
| | | **19,960** | | **$940,912.15** | | | **19,960** | | **$598,772.17** |

**LIFO Gain/(Loss) for Teamsters Local 456 Annuity Fund:**  <span style="color:red">**($342,139.98)**</span>

*\* Post Class Period sale; uses the higher of actual sale price vs. average price from end of Class Period through sale date.*

**WPP plc - ADRs**

**Teamsters Local 456 Pension Fund**

Class Period: 02/22/24 to 07/08/25

Lookback Price: $26.4671 (07/09/25 - 10/06/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 04/09/24 | 785 | $47.6374 | $37,395.32 | | | | | |
| Purchase | 04/10/24 | 3,111 | $47.4018 | $147,466.88 | | | | | |
| Purchase | 04/11/24 | 2,815 | $47.8135 | $134,595.00 | | | | | |
| Purchase | 04/12/24 | 915 | $47.6806 | $43,627.73 | | | | | |
| Purchase | 04/19/24 | 6,968 | $48.1833 | $335,741.35 | Sale | 07/22/24 | 349 | $48.5800 | $16,954.42 |
| Purchase | 09/05/24 | 131 | $49.1850 | $6,443.24 | Sale | 09/26/24 | 1,537 | $51.5966 | $79,304.04 |
| Purchase | 09/06/24 | 2,318 | $48.6086 | $112,674.81 | Sale | 12/19/24 | 608 | $52.8868 | $32,155.20 |
| Purchase | 04/25/25 | 1,357 | $36.9300 | $50,114.01 | Sale* | 07/30/25 | 2,606 | $28.3269 | $73,819.84 |
| Purchase | 05/19/25 | 325 | $40.2834 | $13,092.09 | | | | | |
| Purchase | 05/20/25 | 1,939 | $40.7532 | $79,020.53 | Retained | | 15,564 | $26.4671 | $411,934.61 |
| | | **20,664** | | **$960,170.95** | | | **20,664** | | **$614,168.11** |

**LIFO Gain/(Loss) for Teamsters Local 456 Pension Fund:**    **($346,002.85)**

*\* Post Class Period sale; uses the higher of actual sale price vs. average price from end of Class Period through sale date.*

**Summary Table**

| Movant | Shares Purchased | Net Shares Purchased/ (Sold) | Net Funds Received / (Expended) | LIFO Gain / (Loss) |
|---|---|---|---|---|
| Teamsters Local 456 Annuity Fund | 19,960 | 17,251 | ($802,897.90) | ($342,139.98) |
| Teamsters Local 456 Pension Fund | 20,664 | 18,170 | ($831,757.29) | ($346,002.85) |
| **Teamsters Local 456 Total** | **40,624** | **35,421** | **($1,634,655.19)** | **($688,142.82)** |