**WILMERHALE**

December 15, 2025

**Timothy Perla**

+1 617 526 6696 (t)
+1 617 526 5000 (f)
timothy.perla@wilmerhale.com

**VIA ECF**

Hon. Arun Subramanian
U.S. District Court for the Southern District of New York
United States Courthouse, Courtroom 15A
500 Pearl Street
New York, NY 10007

Re:  *Marty v. WPP PLC et al.*, Case No. 1:25-cv-08365-AS

Dear Judge Subramanian,

We write on behalf of our respective clients in the above-referenced action: Plaintiff Jack Marty ("Plaintiff" or "Marty") and Defendants WPP plc, Mark Read, Joanne Wilson, and Brian D. Lesser ("Defendants," and together with Plaintiff, the "Parties").

Plaintiff filed a putative class action complaint for alleged violations of the federal securities laws on October 9, 2025.  Dkt. No. 1 ("Complaint").  The Complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5.  The claims are therefore subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  On November 28, 2025, Teamsters Local 456 Annuity Fund ("Teamsters") filed a putative class action complaint for substantially the same claims on November 28, 2025.  Compl., *Teamsters Loc. 456 Annuity Fund v. WPP plc*, No. 1:25-cv-09930-AS.

Pursuant to the PSLRA, on December 8, 2025, Plaintiff and Teamsters each filed motions seeking appointment as Lead Plaintiff and seeking to consolidate the two related actions.  Dkt. Nos. 16–23; *see* 15 U.S.C. § 78u-4(a)(3).  This Court ordered opposition papers to be filed by December 18, 2025, and set a hearing on the motions on January 7, 2026 at 11:00 AM E.T.  Dkt. No. 24.

Once the Court appoints Lead Plaintiff, the Parties anticipate that Lead Plaintiff will file or so designate an operative complaint.  In light of that expectation, on November 6, 2025, this Court granted the Parties' joint request to: (1) extend Defendants' time to respond until after a Lead Plaintiff has been appointed and files or so designates an operative complaint; (2) permit Defendants to not answer or otherwise respond to the Complaint; and (3) permit Defendants and Lead Plaintiff to submit a proposed schedule within fourteen (14) days following entry of an order selecting Lead Plaintiff.  Dkt. No. 14.

Currently, there is an Initial Pretrial Conference calendared for January 6, 2026, at 2:00 PM E.T. Dkt. No. 4.  Lead Plaintiff will not yet be appointed by that date, and the Parties will not yet have proposed a schedule to respond to the operative complaint pursuant to the Court's November 6, 2025 Order.  In addition, all discovery is stayed pending a motion to dismiss pursuant to the

WILMERHALE

Hon. Arun Subramanian
December 15, 2025
Page 2

PSLRA.  *See* 15 U.S.C. § 78u-4(b)(3)(B).  Because the appointment of Lead Plaintiff and the filing of an operative complaint are prerequisites to meaningful case management discussions, proceeding with the Initial Pretrial Conference at this time would not facilitate progress in the litigation.  The Parties therefore believe that the interests of judicial economy will be served by adjourning the January 6, 2026 conference.

The Parties respectfully request that the Court adjourn the Initial Pretrial Conference and set a new date after the Parties submit a proposed schedule, or at the Court's convenience.  No requests have been made to date by any party for an adjournment.  The Parties do not have any other existing deadlines.

Respectfully submitted,

/s/ Timothy Perla

Timothy Perla
WILMER CUTLER PICKERING HALE
    AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6696
timothy.perla@wilmerhale.com

Christopher Davies
WILMER CUTLER PICKERING HALE
    AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6187
christopher.davies@wilmerhale.com

*Attorneys for Defendants*

/s/ Adam M. Apton

Adam M. Apton
LEVI & KORSINSKY
1101 Vermont Avenue NW, Ste 800
Washington, DC 20005
(202) 524-4859
aapton@zlk.com

*Attorney for Plaintiff*

GRANTED. The Initial pre-trial conference is CANCELLED. The proposed case-management schedule will be due 21 days following the selection of a lead plaintiff.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 16, 2025