**SAXENA WHITE**

10 Bank Street  |  Suite 882  |  White Plains, NY 10606

January 13, 2026

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

> RE:    *Teamsters Local 456 Annuity Fund v. WPP plc, et al.*
>         Case No.: 1:25-cv-08365-AS

Dear Judge Subramanian:

We respectfully submit this joint letter on behalf of Lead Plaintiff Teamsters Local 456 Annuity Fund and Teamsters Local 456 Pension Fund ("Local 456" or "Lead Plaintiff") and Defendants WPP plc, Mark Read, Joanne Wilson, and Brian D. Lesser ("Defendants," and together with Lead Plaintiff, the "Parties") in the above-referenced action.

On November 6, 2025, the Court entered an order extending Defendants' time to answer the complaint until after a Lead Plaintiff has been appointed and an operative complaint has been filed or so designated, and directing the Parties to confer and submit a proposed schedule within fourteen (14) days of entry of an order appointing Lead Plaintiff and Lead Counsel. ECF No. 14. On January 2, 2026, the Court entered an order appointing Local 456 as Lead Plaintiff and Saxena White P.A. as Lead Counsel, and reminded the Parties that the deadlines to answer the complaint and to submit a case management plan were in effect. ECF No. 29.

As a result, the Parties have met and conferred and respectfully request entry of the following schedule for the filing of an amended complaint and motion to dismiss briefing:

1.    Lead Plaintiff shall file an amended complaint on March 6, 2026;
2.    Defendants shall file their motion to dismiss on May 1, 2026;
3.    Lead Plaintiff shall file an opposition to Defendants' motion to dismiss on June 26, 2026; and
4.    Defendants shall file their reply brief on July 27, 2026.

With the exception of the aforementioned extension of Defendants' time to answer granted by the Court on November 6, 2025, there have been no previous requests for an adjournment or extension of these deadlines, and all Parties consent to entry of this proposed schedule.

Hon. Arun Subramanian
January 13, 2026
Page 2

Dated: January 13, 2026

<span style="color:blue">GRANTED. The parties are reminded that the deadline for the case management plan remains in effect. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 31.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 13, 2026</span>

Respectfully submitted,

**SAXENA WHITE P.A.**

*/s/ Lester R. Hooker*
Lester R. Hooker
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
lhooker@saxenawhite.com

-and-

Marco A. Dueñas
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 216-2220
mduenas@saxenawhite.com

*Counsel for Lead Plaintiff and*
*Lead Counsel for the Class*

**WILMER CUTLER PICKERING HALE**
  **& DORR LLP**

*/s/ Timothy Perla\**
Timothy Perla
60 State Street
Boston, MA 02109
Tel.: (617) 526-6696
timothy.perla@wilmerhale.com

Christopher Davies
**WILMER CUTLER PICKERING HALE**
  **& DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel.: (202) 663-6187
christopher.davies@wilmerhale.com

*Counsel for Defendants*

2

Hon. Arun Subramanian
January 13, 2026
Page 3

*Filed with the consent of all parties pursuant to Rule 8.5(b) of the Southern District of New York's Electronic Case Filing Rules & Instructions

IT IS SO ORDERED.


Dated: _____                    _____
                                               HON. ARUN SUBRAMANIAN
                                               UNITED STATES DISTRICT JUDGE

3