WILMERHALE

January 21, 2026

**Timothy Perla**

+1 617 526 6696 (t)
+1 617 526 5000 (f)
timothy.perla@wilmerhale.com

**VIA ECF**

Hon. Arun Subramanian
U.S. District Court for the Southern District of New York
United States Courthouse, Courtroom 15A
500 Pearl Street
New York, NY 10007

Re:  *Teamsters Local 456 Annuity Fund v. WPP PLC et al.*, Case No. 1:25-cv-08365-AS

Dear Judge Subramanian,

We write on behalf of our respective clients in the above-referenced action: Plaintiffs Teamsters Local 456 Annuity Fund and Teamsters Local 456 Pension Fund ("Lead Plaintiff") and Defendants WPP plc, Mark Read, Joanne Wilson, and Brian D. Lesser ("Defendants," and together with Lead Plaintiff, the "Parties").

On November 6, 2025, the Court entered an order extending Defendants' time to answer the complaint until after a Lead Plaintiff is appointed and an operative complaint is filed or so designated.  Dkt. 14.  The Court also directed the Parties to confer and submit a proposed schedule within fourteen (14) days of entry of an order appointing Lead Plaintiff.  *Id.*

On December 15, 2025, the Parties requested that the Initial Pretrial Conference be adjourned because (i) a Lead Plaintiff would not yet be appointed; (ii) the parties would not yet have proposed a schedule to file an amended complaint and brief a motion to dismiss; and (iii) under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), all discovery is stayed pending a motion to dismiss, *see* 15 U.S.C. § 78u-4(b)(3)(B).  Dkt. 25.

On December 16, 2025, this Court granted the Parties' request and adjourned the Initial Pre-Trial Conference.  Dkt. 26.  The Court indicated in its order that a proposed Case Management Plan would be due twenty-one (21) days following the selection of Lead Plaintiff.  *Id.*  On January 2, 2026, this Court appointed Lead Plaintiff and Lead Counsel, triggering the timeline for the Parties to submit the proposed Case Management Plan by January 23, 2026.  Dkt. 29.

On January 13, 2026, the Court entered the Parties' proposed schedule as follows (Dkt. 32):

1. Amended complaint due March 6, 2026;
2. Defendants' motion to dismiss due May 1, 2026;
3. Lead Plaintiff's opposition to Defendants' motion to dismiss due June 26, 2026; and
4. Defendants' reply brief due July 27, 2026.

WILMERHALE

Hon. Arun Subramanian
January 21, 2026
Page 2

Due to the presumptive applicability of the PSLRA's automatic stay of discovery, the Parties respectfully request that they be relieved of their obligation to confer, prepare, and file a proposed Case Management Plan.  The Parties further request that the Court enlarge the time to comply with this Court's Individual Practices in Civil Cases governing the Initial Case Management Conference (§ 4.D.) until after the Court rules on Defendants' motion to dismiss the amended complaint.  This joint request is made in the interest of efficiency and justice, and not to unduly delay these proceedings.

Apart from the Parties' previous requests to extend Defendants' time to answer, Dkt. 13, and to continue the Initial Pretrial Conference, Dkt. 25, no other requests have been made to date by any party for an adjournment or extension.  The Parties do not have any scheduled dates to appear before the Court.

Respectfully submitted,

*/s/ Timothy Perla*

Timothy Perla
WILMER CUTLER PICKERING HALE
    AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6696
timothy.perla@wilmerhale.com

Christopher Davies
WILMER CUTLER PICKERING HALE
    AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6187
christopher.davies@wilmerhale.com

*Attorneys for Defendants*

*/s/ Lester R. Hooker**

Lester R. Hooker
SAXENA WHITE P.A.
7777 Glades Road, Suite 300
Boca Raton, FL 33434
(561) 394-3399
lhooker@saxenawhite.com

Marco A. Dueñas
SAXENA WHITE P.A.
10 Bank Street, Suite 882
White Plains, NY 10606
(914) 437-8551
mduenas@saxenawhite.com

*Attorneys for Lead Plaintiff*

*Filed with the consent of all parties pursuant to Rule 8.5(b) of the Southern District of New York's Electronic Case Filing Rules & Instructions.

WILMERHALE

Hon. Arun Subramanian
January 21, 2026
Page 3

The case management plan will be due 14 days after the Court's ruling on defendants' motion to dismiss for any and all claims that survive.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 33.

IT IS SO ORDERED.

_____
HON. ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE

Dated: January 21, 2026