S W   S A X E N A  W H I T E

10 Bank Street  |  Suite 882  |  White Plains, NY 10606

February 24, 2026

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 36.

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

SO ORDERED.

Arun Subramanian, U.S.D.J.

RE:    *Teamsters Local 456 Annuity Fund v. WPP plc, et al.* Date: February 26, 2026
       Case No.: 1:25-cv-08365-AS

Dear Judge Subramanian:

We write on behalf of Lead Plaintiff Teamsters Local 456 Annuity Fund and Teamsters Local 456 Pension Fund ("Plaintiff" or "Lead Plaintiff") in the above-captioned action pursuant to Rule 3.E of Your Honor's Individual Rules of Practice.  Lead Plaintiff respectfully requests a brief one-week extension of time to file the consolidated complaint in light of unavoidable scheduling and travel conflicts.  Defendants do not object to this request for an extension.

Plaintiff's consolidated complaint is currently due on March 6, 2026, Defendants' motion to dismiss is due on May 1, 2026, Plaintiff's opposition is due on June 26, 2026, and Defendants' reply is due on July 27, 2026.  Plaintiff respectfully requests a one-week extension of time to file the consolidated complaint and corresponding extensions for Defendants' anticipated motion to dismiss, as well as the remaining briefing schedule.  The new deadlines would thus be:

1.    Lead Plaintiff shall file a consolidated complaint on March 13, 2026;
2.    Defendants shall file their motion to dismiss on May 8, 2026;
3.    Lead Plaintiff shall file an opposition to Defendants' motion to dismiss on July 2, 2026; and
4.    Defendants shall file their reply brief on August 3, 2026.

On November 6, 2025, the Court granted Defendants' request for an extension of time to answer or otherwise respond to the complaint (ECF No. 14).  On January 13, 2026, the Court granted the parties' joint letter motion for an extension of time to file the amended complaint and motion to dismiss briefing (ECF No. 31).  There have been no other previous requests for an adjournment or extension of these deadlines, and all parties consent to entry of this proposed schedule.  There are no future scheduled appearances before the Court or other existing deadlines.

We thank the Court for the time and consideration of this request.

Hon. Arun Subramanian
February 24, 2026
Page 2

Respectfully submitted,

**SAXENA WHITE P.A.**

*/s/ Steven B. Singer*
Steven B. Singer
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
ssinger@saxenawhite.com

-and-

Maya Saxena
Lester R. Hooker
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
msaxena@saxenawhite.com
lhooker@saxenawhite.com

*Counsel for Lead Plaintiff and*
*Lead Counsel for the Class*

IT IS SO ORDERED.

Dated: _____          _____
                                      HON. ARUN SUBRAMANIAN
                                      UNITED STATES DISTRICT JUDGE