**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TEAMSTERS LOCAL 456 ANNUITY FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WPP PLC, MARK READ, JOANNE WILSON, and BRIAN D. LESSER,<br><br>Defendants. | No. 1:25-cv-08365-AS |

**DECLARATION OF TIMOTHY PERLA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT**

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Timothy Perla (Bar No. 4275178)
Elizabeth Bedrick (*pro hac vice*)
Amanda Clarke (*pro hac vice*)
60 State Street
Boston, MA 02109
(617) 526-6000

Christopher Davies (Bar No. 2889798)
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6187

I, Timothy Perla, hereby declare under penalty of perjury as follows:

1. I am a partner with the law firm Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Defendants WPP plc ("WPP"), Mark Read, Joanne Wilson, and Brian D. Lesser. I am an attorney admitted to practice in this Court. I am over the age of eighteen and have personal knowledge of, and am competent to testify about, the factual matters asserted herein. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Defendants' Motion to Dismiss Plaintiff's Consolidated Class Action Complaint, filed herewith.

2. Attached hereto as **Exhibit 1** is a true and correct copy of WPP's 2024 Annual Report, filed with the SEC as Form ARS on March 28, 2025. This document is cited at ¶¶43, 133, 179.

3. Attached hereto as **Exhibit 2** is a true and correct copy of WPP's 2023 Annual Report, filed with the SEC as Form ARS on March 21, 2024. This document is cited at ¶¶6, 43, 57, 160.

4. Attached hereto as **Exhibit 3** is a true and correct copy of WPP's Form 6-K,[1] filed with the SEC on April 28, 2021.

5. Attached hereto as **Exhibit 4** is a true and correct copy of WPP's Form 6-K, filed with the SEC on April 3, 2025.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a December 11, 2018 WPP press release, titled *WPP Presents Strategy for Growth: CEO Mark Read Sets Out Three-Year Plan of "Radical Evolution" to Deliver Improved Performance*. The press release is

[1] To assist the Court with its review, Exhibits 3-7, 9, 15, and 28-29 include page numbers on the bottom right corners. These exhibits do not include any additional changes and are true and correct copies.

available online at https://www.wpp.com/en-us/news/2018/12/wpp-presents-strategy-for-growth. This document is cited at ¶46.

7. Attached hereto as **Exhibit 6** is a true and correct copy of WPP's Form 6-K, filed with the SEC on September 15, 2021.

8. Attached hereto as **Exhibit 7** is a true and correct copy of WPP's Form 6-K, filed with the SEC on October 26, 2023. This document is cited at ¶49.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a transcript from WPP's earnings call on January 30, 2024. This document is cited at ¶¶50, 52.

10. Attached hereto as **Exhibit 9** is a true and correct copy of WPP's Form 6-K, filed with the SEC on January 30, 2024.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a transcript from WPP's Q1 2024 earnings call on April 25, 2024. This document is cited at ¶¶59-60, 164.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a transcript from WPP's FH1 2024 earnings call on August 7, 2024. This document is cited at ¶¶63-64, 168-69.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a transcript from WPP's Q3 2024 earnings call on October 23, 2024. This document is cited at ¶172.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a transcript from WPP's FY 2024 earnings call on February 27, 2025. This document is cited at ¶¶11, 65, 127, 129, 176.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a transcript from WPP's FH1 2025 earnings call on August 7, 2025. This document is cited at ¶¶182-83.

16. Attached hereto as **Exhibit 15** is a true and correct copy of WPP's Form 6-K, filed with the SEC on February 27, 2025. This document is cited at ¶¶10, 127, 129, 176, 201.

17. Attached hereto as **Exhibit 16** is a true and correct copy of an April 25, 2024 Bernstein analyst report titled *Quick Take: WPP 1Q Lacklustre but on Track for 2H Recovery*. This document is cited at ¶61.

18. Attached hereto as **Exhibit 17** is a true and correct copy of an April 30, 2024 HSBC analyst report titled *Hold: Holding on for H2*. This document is cited at ¶61.

19. Attached hereto as **Exhibit 18** is a true and correct copy of a May 10, 2024 Deutsche Bank Group analyst report titled *Initiating with a Buy Rating*. This document is cited at ¶¶61-62.

20. Attached hereto as **Exhibit 19** is a true and correct copy of an October 23, 2024 JPMorgan analyst report titled *WPP PLC: FY Guidance Unchanged; Tentative Signs the Turnaround Is Gaining Traction*. This document is cited at ¶173.

21. Attached hereto as **Exhibit 20** is a true and correct copy of an October 23, 2024 Citi analyst report titled *Decent 3Q Beat Coupled With Solid New Business Should Be Well Received*. This document is cited at ¶173.

22. Attached hereto as **Exhibit 21** is a true and correct copy of a February 28, 2025 Deutsche Bank Group analyst report titled *Updating Figures Post a Tough 4Q24*. This document is cited at ¶130.

23. Attached hereto as **Exhibit 22** is a true and correct copy of an October 30, 2025 UBS analyst report titled *WPP: Cutting Estimates Following Q3; Reiterate Sell*. This document is cited at ¶150.

24. Attached hereto as **Exhibit 23** is a true and correct copy of an October 31, 2025 Bernstein analyst report titled *WPP 3Q: Not Great – Expectations Reset for Strategy Day*. This document is cited at ¶193.

25. Attached hereto as **Exhibit 24** is a true and correct copy of an October 31, 2025 Barclays analyst report titled *Similar Strategy, Different Results?*. This document is cited at ¶149.

26. Attached hereto as **Exhibit 25** is a true and correct copy of an October 31, 2025 Morgan Stanley analyst report titled *Long Way To Go*. This document is cited at ¶150.

27. Attached hereto as **Exhibit 26** is a true and correct copy of a transcript from WPP's Q3 2025 earnings call on October 30, 2025. This document is cited at ¶¶14-15, 145-47, 187-88, 203.

28. Attached hereto as **Exhibit 27** is a true and correct copy of a transcript from WPP's FY 2025 earnings call on February 26, 2026. This document is cited at ¶¶158, 188.

29. Attached hereto as **Exhibit 28** is a true and correct copy of WPP's Form 6-K, filed with the SEC on February 26, 2026. This document is cited at ¶¶155-57, 188.

30. Attached hereto as **Exhibit 29** is a true and correct copy of WPP's Form 6-K, filed with the SEC on June 9, 2025. This document is cited at ¶¶12, 23, 134, 192.

31. Attached hereto as **Exhibit 30** is a non-argumentative chart of claims pursuant to Section 8.G.i. of this Court's Individual Practices in Civil Cases.

* * *

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Boston, Massachusetts, on this 8th day of May, 2026.

*/s/ Timothy Perla*
Timothy Perla